# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES SMOOT

NO. 2022 KW 0629

**AUGUST 29, 2022**

---

In Re:     Charles Smoot, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 18-CR10-140295.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.** This application appears to be filed in this court in the first instance. Relator should seek relief in the district court.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
FOR THE COURT